IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02044-EWN-KMT

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

DENNIS BURBANK, GPV, and
SGT BROWN, CSP MAILROOM,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion to Vacate and Reset Dispositive Motion Deadline" (#25, filed May 9, 2008) is GRANTED. The dispositive motions deadline is reset to June 20, 2008.

Dated: May 14, 2008