IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02044-EWN-KMT


EDWIN MARK ACKERMAN,

     Plaintiff,

v.

DENNIS BURBANK, GPV, and
SGT BROWN, CSP MAILROOM,

     Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA


Defendants' "Motion to Withdraw Motion to Compel Supplemental Discovery Response
(Docket # 30) as Moot" (#34, filed June 27, 2008) is **GRANTED**.

Dated: July 1, 2008