IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02044–EWN–KMT

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

DENNIS BURBANK GP V, and
SGT BROWN CSP MAILROOM,

    Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 22, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendants' "Motion to Dismiss" (#15, filed December 17, 2007) is GRANTED. This action is dismissed in its entirety with prejudice for failure to state a claim upon which relief can be granted.

DATED this 10th day of September, 2008.

                              BY THE COURT:

                              <u>s/ Edward W. Nottingham</u>
                              EDWARD W. NOTTINGHAM
                              Chief United States District Judge